UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation, | No. |
| Plaintiffs, | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| v. | |
| Does 1-20, unknown parties doing business as "Plugged," and the following individuals: Aleks Lahi, Kartikey Sharma, Donnie Roberson, Haris Mehrzad, Blendi Caka, Bryan Ortiz, Jonathan Becerra, | |
| Defendants. | |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## I.    INTRODUCTION

1.      Amazon brings this case against an international fraud organization called Plugged, which is responsible for stealing over five hundred thousand dollars of product from Amazon's online stores through systematic refund abuse.  An individual in Albania named Aleks Lahi acted as an operator of Plugged and facilitated his co-conspirator's scheme.  Through this lawsuit, Amazon aims to expose and shut down Defendants' fraudulent activity and hold them accountable for the harm they are causing to Amazon and its legitimate retailers and customers.

2.      Protecting customers and earning the trust of selling partners are core values at Amazon.  Retail theft is a persistent problem that plagues online and physical retailers alike.  One form of retail theft involves systematic refund fraud, which undermines Amazon's ability to efficiently serve customers and selling partners.  Customers who shop in Amazon's online stores should be delighted with their purchases, and if they are not, they should be able to easily return the product.  Amazon has built one of the most trusted brands in the world, in part based on its highly trusted customer service and refund process.  Sophisticated fraudsters—like Defendants—exploit the refund process for their own financial gain.  Their activity leaves retailers and honest consumers to bear the brunt of increased costs, decreased inventory, and poor return experiences.

3.      Defendants are individuals from around the world who operate under the name "Plugged."  Plugged is part of an underground industry that offers fraudulent refunds to users and operates a Telegram channel that has over 1,500 followers where they advertise refund services that they fully admit are fraudulent.  In this scheme, bad actors who want a free product (like an iPad) pay Plugged a fee (such as 30% of the product's cost) to obtain a fraudulent refund.  After the bad actor purchases the product from Amazon, Plugged uses sophisticated methods to obtain the refund, including socially engineering Amazon customer service.  The Defendants' scheme tricks Amazon into processing refunds for products that are never returned; instead of returning the products as promised, the purchaser keeps the product *and* the refund.  Plugged boasts that the organization has fraudulently refunded over 300 orders from Amazon.  Defendants in this case include Plugged's operators and certain egregious Plugged users who

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 2

conspired to defraud Amazon.  Amazon previously alerted Defendants that their activity was fraudulent, but they have brazenly continued to conduct refund fraud.

## II.    PARTIES

### A.    Amazon Plaintiffs

4.    Amazon.com, Inc., is a Delaware corporation with its principal place of business in Seattle, Washington.

5.    Amazon.com Services LLC is a Delaware company with its principal place of business in Seattle, Washington.  Amazon.com Services LLC is the successor to Amazon.com Services, Inc.

6.    Amazon Technologies, Inc., is a Nevada corporation with its principal place of business in Seattle, Washington.

### B.    Defendants

7.    Defendants are known and unknown parties who conspired and operated in concert with each other to engage in the refund fraud scheme detailed in this Complaint. Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, respondeat superior, vicarious liability, and/or contributory infringement.

8.    Defendants fall into two categories:  (1) Aleks Lahi and currently unknown parties who operate Plugged, a refund fraud service provider (collectively, "Plugged Operator Defendants"); and (2) known individuals who engaged with Plugged's fraud service to obtain refunds for products (collectively, "Plugged User Defendants").

### (1)    Plugged Operator Defendants

9.    Defendants Aleks Lahi and Does 1-20 are individuals and/or entities working in active concert with each other to operate a refund fraud service provider doing business as Plugged.  The identities of the Does 1-20 Plugged Operator Defendants are presently unknown to Amazon.  The Plugged Operator Defendants advertise their services and conduct the fraudulent scheme through numerous methods, including the Telegram accounts @plugged_so, and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

@pluggedso; and the website account plugged.so. While operating under the name Plugged, they have taken deliberate steps to conceal their true identities.

**(2)    Plugged User Defendants**

10.    Kartikey Sharma is an individual who, on information and belief, resides in Arlington, Texas.

11.    Donnie Roberson is an individual who, on information and belief, resides in Douglasville, Georgia.

12.    Haris Mehrzad is an individual who, on information and belief, resides in Elk Grove, California.

13.    Blendi Caka is an individual who, on information and belief, resides in Sunny Isles Beach, Florida.

14.    Bryan Ortiz is an individual who, on information and belief, resides in Los Angeles, California.

15.    Jonathan Becerra is an individual who, on information and belief, resides in Peoria, Arizona.

## III.    JURISDICTION

16.    The Court has subject matter jurisdiction over Amazon's federal claims for trademark infringement (15 U.S.C. § 1114) and violations of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) under 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338(a).

17.    The Court has ancillary subject matter jurisdiction over Amazon's common law claims for fraudulent misrepresentation, negligent misrepresentation, conversion, unjust enrichment, breach of contract, and civil conspiracy because they are substantially related to the federal claims.

18.    The Court also has diversity jurisdiction over Amazon's claims against the Defendants under 28 U.S.C. § 1332 because the matter in controversy exceeds $75,000 and is between citizens of different states or, to the extent Plugged Operating Defendants reside abroad, between citizens of a state and citizens of a foreign state.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 4

19.     The Plugged Operator Defendants and Plugged User Defendants have consented to the exclusive jurisdiction of this Court by agreeing to the Amazon Conditions of Use ("COU"),[1] which provides that any dispute or claim relating in any way to accessing or shopping at Amazon.com will be adjudicated in the state or federal courts in King County, Washington.

20.     The Court has personal jurisdiction over the Defendants because they each transacted business and committed tortious acts within and directed to this District.  Amazon's claims arise from those activities, and Defendants intentionally harmed Amazon, which resides in this District.  The Plugged Operator Defendants and Plugged User Defendants affirmatively undertook to do business with Amazon, and the principal place of business for Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Technologies, Inc., is in Seattle, Washington. The Plugged User Defendants established a binding and enforceable contract with Amazon.com Services LLC by consenting to Amazon's COU, and, to the extent they registered accounts with Amazon, so did the Plugged Operator Defendants.  Further, the Plugged Operator Defendants, by accessing the Plugged User Defendants' Amazon accounts as part of the scheme, also established a binding and enforceable contract with Amazon.com Services LLC.

21.     Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the District.  Venue is also proper in this Court because the Plugged User Defendants and Plugged Operator Defendants consented to it under the COU.

22.     Intra-district assignment to the Seattle Division is proper because the claims arose in this Division where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.  *See* Local Civil Rule 3(e).

---

[1] Available at https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## IV.  FACTS

### A.  Amazon Product Returns

23.  Amazon is a highly trusted brand.  Customers around the world enjoy shopping in Amazon's stores for products and services.  One of Amazon's most popular features is its user-friendly return policy.

24.  Amazon fulfills customer orders by retrieving the product from its source location (such as an Amazon fulfillment center) and shipping the product to the customer's location using Amazon's own shipping services, the U.S. Postal Service ("USPS"), or a common carrier (e.g., UPS, FedEx, DHL, etc.).

25.  Customers can initiate a product return to Amazon by contacting Amazon through a variety of methods, including on Amazon's mobile app, emailing, conducting an online chat session, completing an online form, or calling customer service.  Once a return request is processed, customers receive a shipping label to send the product back to Amazon.  Refunds are generally credited to the payment method (typically a credit or debit card) connected to the customers' accounts.  If a customer fails to return the product, Amazon may refuse to grant a refund or rebill the customer for the product.

26.  In addition to obtaining a refund through a product return, Amazon allows customers to request a refund for products that are not delivered, arrive damaged, are inoperable, or deficient in some other way.  If the refund request is granted by Amazon, the order amount is credited back to the customer using the payment method associated with the customer's account.

27.  There is no fee to obtain a refund from Amazon, and Amazon offers robust customer support to aid in the refund process.

### B.  Refund Fraud as a Service

28.  Genuine refunds are a standard and expected component of the retail industry.  Amazon customers should be delighted with their purchases, and they should have the ability to easily return a product if they are not.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

29.     Unfortunately, fraudsters exploit the refund process for their own financial gain to the detriment of honest consumers and retailers who must bear the brunt of increased costs, decreased inventory, and service disruption.  Refund fraud, a form of organized retail crime, affects the entire retail industry, including physical and online retailers alike.

30.     Some fraudsters—like Defendants—have created organized operations to systematically defraud retailers at scale.  These operations, such as Plugged, have created illegitimate "businesses" offering fraudulent refunds to individuals around the world who are knowingly engaging with and participating in the fraud in order to receive expensive electronics and other products for free.  These fraudulent schemes operate as an underground industry that enables a multitude of bad actors to conspire to take part in (and benefit from) sophisticated fraudulent activity.

31.     These organized refund fraudsters brazenly advertise their services across numerous forums and social media channels—competing against each other to partner with other bad actors to grow their organization.  Among other tactics, they post user testimonials on messaging channels demonstrating the success of the operation.  These user testimonial posts are referred to as "vouches."  In order to avoid detection, refund fraudsters will substitute or obscure identifying data.

The following is a sample vouch bragging about a $3,235.99 Amazon theft posted on Plugged's channel:

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



## C.    Amazon's Efforts To Stop Fraudulent Refund Schemes

32.    Amazon takes considerable measures to combat organized retail crime—including return fraud.  In 2024, Amazon invested more than a billion dollars and employed thousands of people – including machine learning ("ML") scientists, software developers, and expert investigators – who were dedicated to protecting Amazon customers, brands, selling partners, and its store from counterfeit, fraud, and other forms of abuse.  When fraud is detected, Amazon takes a variety of measures to stop the activity, including warning customers against continued activity, closing accounts, and preventing customers who engaged in refund fraud from opening new accounts.

33.    Further, Amazon has specialized teams that detect, investigate, and stop the most egregious fraud driving increased costs and disruption to services for genuine customers.  These teams work around the world to aggregate fraud activity and attribute the activity to specific criminals.  This work feeds direct action against the bad actors.

34.    Amazon's Customer Protection & Enforcement team ("CPE") works to combat external threats that harm customers, partners, and Amazon.  Comprised of attorneys, former prosecutors, and expert analysts, CPE investigates and stops organized crime schemes affecting

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 8

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

customers, partners, and Amazon—including refund fraud like this case. CPE takes direct legal action against the bad actors responsible for the harm, including working with law enforcement around the world to hold the bad actors accountable.

35.    As part of its efforts to combat refund fraud, CPE has taken direct action and supported law enforcement action against the bad actors responsible for numerous refund fraud schemes, resulting in arrests as well as criminal and civil damages.[2]  Amazon continues to investigate and take action against refund fraud schemes—like the one Defendants operate.

**D.    The Plugged Operator Defendants' Role in the Fraudulent Scheme**

36.    Plugged targets Amazon's online stores in the United States and Canada.  Among other places, the Plugged Operator Defendants use the Telegram accounts "@plugged_so" and "@pluggedso" to advertise their services and interact with people seeking to obtain fraudulent refunds from Amazon.  The Plugged Operator Defendants also advertise their services and interact with people seeking fraudulent refunds on the website plugged.so.

**(1)    The Connections Between Plugged's Various Telegram Channels**

37.    Plugged first posted on Telegram on May 23, 2020, as plugged ✨ (refunds).  The Plugged Operator Defendants operated several other channels, including "@pluggedrefunds," "@nectarhq," "@plugged_vouches," "@delicia_cashback," "@delicia_refunds," "@deliciarefunds," "@delicia_reviews," "@plugged_music," "@jerplug," and "@jerefunds."  Plugged also operated the plugged.pro website.

38.    The watermarks included on the vouches posted to the various channels demonstrate that the Plugged Operator Defendants operated each channel.

---

[2] *See, e.g.*, Dearborn, Michigan Man, Who Used Fake Refund Scheme to Defraud Retailers of More Than $4 Million, Sentenced to Three Years in Prison, https://www.justice.gov/usao-wdwa/pr/dearborn-michigan-man-who-used-fake-refund-scheme-defraud-retailers-more-4-million; Second Defendant in Organized Refunding Fraud Ring Sentenced to 30 Months in Prison, https://www.justice.gov/usao-wdwa/pr/second-defendant-organized-refunding-fraud-ring-sentenced-30-months-prison; Ten Members of International Cyber Fraud Ring Indicted for "Refund Fraud" Scheme Targeting Online Retailers, https://www.justice.gov/usao-ndok/pr/ten-members-international-cyber-fraud-ring-indicted-refund-fraud-scheme-targeting; and Member of "Noir's Luxury Refunds" Telegram Channel Pleads Guilty to Fraud, https://www.justice.gov/usao-ndal/pr/member-noirs-luxury-refunds-telegram-channel-pleads-guilty-fraud.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 9

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1      39.     For instance, a stylized pink "P" and "plugged.so" watermarks appeared on the

2  @plugged_vouches channel.  Examples of watermarked vouches are posted below.



21      40.     The channel "@pluggedvouches" used the same stylized pink "P" watermark,

22  along with a pink "Plugged" logo.  Examples are featured below.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

41.    The "Delicia" branded channels—@delicia_cashback, @delicia_refunds, @deliciarefunds, and @delicia_reviews—used watermarks "PLUGGED DELICIA" and "DELICIA PLUGGED."  Additionally, Plugged also posted an advertisement with a "DELICIA / PLUGGED" reference, strengthening the association between the Delicia and Plugged branded channels.  Screenshots of the watermarked vouches and the joint promotion are posted below.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 12

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



42.     The current channel, "@plugged_so," features vouches with both the "Plugged" and "Delicia" branding, using Plugged's primary Telegram channel, "@plugged_so," and "@pluggedso," "www.plugged.pro," "PLUGGED.PRO," "PLUGGED DELICIA," "DELICIA PLUGGED," "REFUNDED BY @DELICIA_CASHBACK," and "@delicia_refunds" watermarks.  Examples of each are below and on the following pages.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 13





Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



Thank you for your response! Your claim has been approved and Raw Nutrition will issue you a refund shortly. Once processed, you will also receive an email confirmation from the merchant. We appreciate your time and hope you have a great evening!





Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

43.     Given the use of watermarks, the design and text of the watermarks, the identical or near-identical promotional images, and Telegram channel names, the same operators operated the Telegram channels "@plugged_so," "pluggedso," "@pluggedrefunds," "@nectarhq," "@plugged_vouches," "@delicia_cashback," "@delicia_refunds," "@deliciarefunds," "@delicia_reviews," "@plugged_music," "@jerplug," and "@jerefunds."

**(2)    Plugged's Current Channel**

44.     Plugged currently advertises its Telegram page as "MAIN Plugged Cashback" and had 1,535 subscribers as of June 2025.  Since March 2023, Plugged has posted $521,622.34 in vouches for Amazon refunds.  Below is a screenshot of Plugged's channel information.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



45.    On its website, Plugged advertises itself as "The All-in-One Platform for All Your Needs," offering "cashback, discounted food and bookings, secure package forwarding, premium subscriptions, and an exclusive marketplace."  A screenshot is provided below.



COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 17

1  46. Along with vouches posted on Plugged's Telegram channel, Plugged posted

2 reviews on its website verifying their services.  A screenshot is provided below.



15  47. Amazon is one of many retailers Plugged targets.  Plugged's website prominently

16 features Amazon's trademark, drawing attention and interest from Amazon customers.  The

17 following are partial screenshots of Plugged's website about Amazon returns, each depicting

18 Amazon trademarks without authorization.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18



19   48.   Plugged capitalizes on Amazon's reputation and goodwill by using Amazon's

20 trademarks to help generate interest in Plugged's refund fraud services.  Customers are drawn to

21 Plugged's website and channels under the false impression that Plugged offers legitimate

22 Amazon return services, which are detailed directly underneath Amazon's logo.  As customers

23 continue navigating Plugged's channels and website, the illegal nature of its services becomes

24 apparent, but that does not diminish the marketing benefits Plugged reaps with potential

25 customers by using Amazon's trademarks.

26   49.   Plugged charges its users between a 15% and 30% fee for Amazon refunds.

27

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 20

50.    Plugged's users begin by placing an order directly from a retailer like Amazon. Once an order is placed, Plugged users are directed to fill out an order form for an Amazon refund.  Customers are directed to provide the Amazon order ID, the total amount paid, the tracking information, and their personal information.  A screenshot of this form from plugged.so is provided below.

 

51.    Plugged then uses social engineering to obtain refunds for their users.  Users provide their Amazon login credentials to Plugged, and Plugged contacts Amazon customer service posing as the user.  Plugged provides false information to manipulate the customer service associate to grant the users a refund.

52.    Typically, Plugged claims the item received was an empty package.  In most instances, Amazon Customer Service requests a police report be filed and the information sent to Amazon.  In these cases, the customer account sends a police report for the incident.  Once the

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 21

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

police report has been submitted, Plugged then uses social engineering techniques to pressure the Amazon customer service agents to issue a concession. The police reports sent by the customers Amazon attributes to Plugged all appear to be sophisticated fakes. While Amazon Customer Service representatives believed the reports were legitimate and authorized refunds based on the reports, closer inspection suggests the reports are, in fact, fraudulent. In at least one instance, an Amazon customer service employee called a number on the fake police report and spoke to an individual posing as a police officer.

53.    In employing the fraud schemes detailed in the preceding paragraphs, the Plugged Operator Defendants act in concert with the Plugged User Defendants to circumvent Amazon's controls to prevent refund fraud. Defendants' scheme has caused Amazon to provide over half a million dollars in refunds for products that were not returned. Amazon has also incurred significant customer support costs to process the fraudulent refunds and substantial expenses in excess of $75,000 to investigate Defendants' fraudulent activities.

**E.    Amazon Verification of Plugged's Fraudulent Services**

54.    An investigator working for Amazon's outside counsel was directed to the website "plugged.so" from Plugged's Telegram channel. The investigator created an account on plugged.so.

55.    After the investigator placed an order for a "Wacom Cintiq 16 Drawing Tablet with Screen, 15.4 inch Full HD Display Graphics Arts Tablet" to be shipped in the United States, they navigated to "plugged.so" and submitted an order for an Amazon refund. Below is a redacted screenshot of the investigator's order form.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



20     56.     Through the website, the investigator received an invoice and was redirected to

21   "oxapay.com," which provided the invoice amount of "$155.931" and requested payment via

22   Bitcoin.  A screenshot of that invoice is below.

23
24
25
26
27

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 24

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15  57.    Plugged then sent a message via plugged.so chat stating, "Amazon min fee is

16  $250" and requesting an additional $100.  The investigator paid Plugged the additional $100.  A

17  screenshot of that message is below.

18
19
20
21
22
23
24
25
26
27

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 25

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax



58.     The investigator then provided their Amazon login credentials to Plugged.  Later the same day, the investigator received an email from "amazon.com" indicating that someone was attempting to sign into their Amazon account.  A screenshot of the message is posted below.

59.     After the investigator received the message from Amazon, they received a message on the plugged.so platform from Carter_Admin requesting the verification code for the two-factor authentication.  Screenshots of the communications are below.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax



60.    The investigator received the following chat message via Telegram user "Carter | plugged.so"(@onecarter).  @onecarter was associated with an Albanian telephone number.



COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 28

1

2

3

4

5

6



7    61.    On April 17, 2025, Plugged accessed the investigator's Amazon account and

8    changed the email address associated with the account.  The same day, Plugged initiated a chat

9    with Amazon's customer service purporting to be the investigator and falsely represented to

10   Amazon the investigator did not receive the product.  Plugged also falsely represented that the

11   investigator filed a police report detailing the missing product.

12   62.    On April 18, 2025, the investigator confirmed they received the refund of

13   $614.51.

14   63.    On May 10, 2025, Plugged posted the following vouch to @pluggedso

15   confirming the success of the service.

16

17

18

19

20

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

### F.    Amazon's Investigation of Plugged Operator Defendant Aleks Lahi

64.    Amazon's extensive investigation identified an individual named Aleks Lahi as a Plugged operator.  In concert with the other Defendants, Lahi operated Plugged, including conducting the fraudulent scheme against Amazon to obtain illicit refunds on behalf of other Defendants.

65.    Aleks Lahi is Telegram user "@onecarter," a frequent poster on Plugged's Telegram channel and the individual who facilitated the investigator's illicit refund.  Lahi's personal information, including name and phone number, were released on the Telegram channel "BLACKLIST" on October 3, 2024, by a user claiming that Lahi failed to pay the poster for refunds the poster fulfilled.  The phone number posted was Albanian, matching the description in @onecarter's Telegram profile.

66.    Amazon investigators connected that phone number to a customer account under Aleks Lahi's name.  The investigators then identified shipping addresses and IP addresses located in Albania and other identifiers that were used to access other Amazon accounts associated with Lahi that obtained fraudulent concessions.  These concessions tied to Lahi's identifiers include high-value items such as Apple electronics.

67.    For instance, on May 4, 2024, an account connected to Aleks Lahi received a refund for three MacBooks for $7,073.47.  The same day, Telegram user @onecarter posted a vouch of the refund in the @pluggedso Telegram channel.  A screenshot of the vouch is posted below.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

68.    Based upon the preceding information, and on information and belief, Aleks Lahi was a primary operator of Plugged.

**G.    The Plugged User Defendants' Role in the Fraudulent Scheme**

69.    Each of the seven known Plugged User Defendants played a critical role in conspiring to defraud Amazon.  Each Defendant sought out Plugged based on its extensive web presence promoting its fraudulent conduct, engaged and conspired with Plugged for the purposes of obtaining one or more free products from Amazon, and then actively promoted Plugged's success online to expand the scheme's reach.

70.    The Plugged User Defendants each engaged in the following conduct in furtherance of their role in the fraudulent scheme:

> a.    They each subscribe to or monitor Plugged's online presence, including Plugged's Telegram channels and Plugged.so website, and, therefore, each saw Plugged's clear statements that it was engaged in a fraudulent refund scheme.
>
> b.    They each placed one or more orders from Amazon for products with the intent to commit refund fraud using Plugged's refund fraud services.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 31

c.   Conspiring with Plugged, they requested and received refunds from Amazon for those products using Plugged's fraudulent method described above.  Specific examples of each Defendant's fraudulent activity in connection with Plugged is detailed in Exhibit A to this Complaint and incorporated within the allegations of this Complaint.

d.   They each agreed to the Amazon COU which provides that anyone shopping at Amazon (1) may not misuse the Amazon Services; (2) may use those services "only as permitted by law"; and (3) agrees to accept responsibility for all activities that occur under their account or password.

e.   They each provided or allowed Plugged to take one or more vouches for Plugged's fraudulent refund service that Plugged used to solicit new members to join the conspiracy to expand its fraudulent activity.

71.   Descriptions of each User Defendant's fraudulent return is included in the attached Exhibit A.

**H.   Amazon's Intellectual Property**

72.   Amazon exclusively owns numerous U.S. trademark registrations and pending applications.  These trademarks are a critical component of consumers' ability to readily identify Amazon products and services—including genuine product return and refund services.

73.   The following trademarks and service marks (collectively "Amazon Trademarks") were unlawfully used to further Defendants' scheme:

| Mark | Registration No. (International Classes) |
|------|------------------------------------------|
| AMAZON | 2,657,226 (Int. Cl. 42) 2,738,837 (Int. Cl. 38) 2,738,838 (Int. Cl. 39) 2,832,943 (Int. Cl. 35) 2,857,590 (Int. Cl. 9) 3,868,195 (Int. Cl. 45) 4,171,964 (Int. Cl. 9) 4,533,716 (Int. Cl. 2) |

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 32

| Mark | Registration No. (International Classes) |
|---|---|
|  | 4,656,529 (Int. Cl. 18)<br>4,907,371 (Int. Cls. 35, 41, 42)<br>5,102,687 (Int. Cl. 18)<br>5,281,455 (Int. Cl. 36) |
| AMAZON.COM | 2,078,496 (Int. Cl. 42)<br>2,167,345 (Int. Cl. 35)<br>2,559,936 (Int. Cls. 35, 36, 42)<br>2,633,281 (Int. Cl. 38)<br>2,837,138 (Int. Cl. 35)<br>2,903,561 (Int. Cls. 18, 28)<br>3,411,872 (Int. Cl. 36)<br>4,608,470 (Int. Cl. 45) |
| amazon | 4,171,965 (Int. Cl. 9)<br>5,038,752 (Int. Cl. 25) |
| amazon fresh | 7,170,070 (Int. Cl. 35)<br>7,599,671 (Int. Cls. 35, 39) |

74.     The Amazon Trademarks have been used exclusively and continuously by Amazon and have never been abandoned.  The above U.S. registrations for the Amazon Trademarks are valid, subsisting, in full force and effect, and many are incontestable pursuant to 15 U.S.C. § 1065.  The registrations for the Amazon Trademarks constitute prima facie evidence of their validity and of Amazon's exclusive right to use the Amazon Trademarks pursuant to 15 U.S.C. § 1057(b).

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## V.    CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### Civil Conspiracy

### (Against All Defendants)

75.    Amazon incorporates by reference the factual allegations contained in Sections I–IV as though set forth herein.

76.    The Plugged Operator Defendants and Plugged User Defendants entered into an agreement to deprive and did deprive Amazon through the exploitation of Amazon's return services with the intent to injure Amazon and its business.

77.    The Plugged User Defendants agreed to engage in the fraudulent refund scheme orchestrated by the Plugged Operator Defendants when they contacted the Plugged Operator Defendants via Telegram, plugged.so, or plugged.pro.

78.    On information and belief, the Plugged User Defendants were aware of each other's involvement through shared participation in the same Telegram channels and through awareness from the vouches posted in the Telegram channels.

79.    The Plugged User Defendants helped to further the fraudulent refund scheme by sharing information regarding successful fraudulent refunds through vouches posted to the Telegram channels, which were available to other users.  The Plugged User Defendants also furthered the fraudulent refund scheme by agreeing to share a portion of the fraudulent refunds with the Plugged Operator Defendants, thereby funding the fraudulent refund scheme.

80.    On information and belief, upon engaging with the Plugged Operator Defendants regarding the logistics behind the refunding scheme, the Plugged User Defendants knew that the refund scheme was fraudulent and not a legitimate method of obtaining Amazon refunds.

81.    As a result of the Plugged Operator Defendants' and Plugged User Defendants' deception, Amazon approved fraudulent refunds and spent substantial resources on customer support channels that it would not have otherwise spent.  If Amazon had known of the fraudulent activity carried out by the fraudulent scheme, Amazon would not have issued refunds or spent

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 34

1  numerous resources through its customer support channels.  The Plugged Operator Defendants

2  and Plugged User Defendants have therefore been unjustly enriched, and Amazon has suffered

3  damage.

4                          **SECOND CAUSE OF ACTION**

5                          **Fraudulent Misrepresentation**

6                          **(Against All Defendants)**

7       82.    Amazon incorporates by reference the factual allegations contained in Sections I–

8  IV as though set forth herein.

9       83.    Upon information and belief, Plugged User Defendants authorized Plugged

10  Operator Defendants to make numerous false representations to Amazon, as outlined in Section

11  IV.G and Exhibit A.  Plugged Operator Defendants made these statements on behalf of and for

12  the benefit of Plugged User Defendants.

13       84.    Between at least June 1, 2021, and May 31, 2025, when working with the Plugged

14  User Defendants, Plugged Operator Defendants made numerous false representations to

15  Amazon, including but not limited to:  (1) on information and belief, contacting Amazon

16  Customer Service employees posing as Plugged User Defendants; and (2) providing false

17  statements to Amazon Customer Service employees regarding product refunds, submitting false

18  documentation claiming a product was never received, or falsely stating the user had not

19  received the product ordered.  The date, time, and manner of each of the Plugged User

20  Defendant's fraudulent returns and false representations are identified in Exhibit A.

21       85.    Plugged Operator Defendants' representations to Amazon, as outlined in Exhibit

22  A, were material.

23       86.    Upon information and belief, Plugged Operator Defendants' representations to

24  Amazon, as outlined in Exhibit A, were knowingly false or made recklessly without knowledge

25  of the truth of the statement.

26       87.    Upon information and belief, Plugged Operator Defendants' representations were

27  made in an effort to mislead Amazon to believe that Amazon customers were requesting valid

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

returns.  And upon information and belief, it was Plugged Operator Defendants' intent that the misrepresentations should be acted upon by Amazon.

88.    Amazon reasonably and justifiably relied on Plugged Operator Defendants' representations by processing Plugged User Defendants' fraudulent refund requests.  Amazon did not know of the falsity of Plugged Operator Defendants' representations.  Had Plugged Operator Defendants informed Amazon that each refund request was fraudulent, Amazon would not have approved such requests.

89.    As a material and direct result of Plugged Operator Defendants' fraudulent statements, Amazon approved fraudulent refund requests, causing Amazon to suffer damages.

## THIRD CAUSE OF ACTION

### Negligent Misrepresentation

### (Against All Defendants)

90.    Amazon incorporates by reference the factual allegations contained in Sections I–IV as though set forth herein.

91.    Upon information and belief, Plugged User Defendants authorized Plugged Operator Defendants to make numerous false representations to Amazon, as outlined in Section IV.G and Exhibit A.  Plugged Operator Defendants made these statements on behalf of and for the benefit of Plugged User Defendants.

92.    Between at least June 1, 2021, and May 31, 2025, when working with the Plugged User Defendants, Plugged Operator Defendants made numerous false representations to Amazon, including but not limited to:  (1) on information and belief, contacting Amazon Customer Service employees posing as Plugged User Defendants; and (2) providing false statements to Amazon Customer Service employees regarding product refunds, submitting false documentation claiming a product was never received, or falsely stating the user had not received the product ordered.  The date, time, and manner of each of the Plugged User Defendants' fraudulent returns and false representations are identified in Exhibit A.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 36

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

93.     Plugged Operator Defendants' representations to Amazon, as outlined in Exhibit A, were material.

94.     Upon information and belief, Plugged Operator Defendants' representations to Amazon, as outlined in Exhibit A, were knowingly false or made recklessly without knowledge of the truth of the statement.

95.     Upon information and belief, Plugged Operator Defendants' representations were made in an effort to mislead Amazon to believe that Amazon customers were requesting valid returns.  And upon information and belief, it was Plugged Operator Defendants' intent that the misrepresentation should be acted upon by Amazon.

96.     Amazon reasonably and justifiably relied on Plugged Operator Defendants' representations by processing Plugged User Defendants' fraudulent refund requests.  Amazon did not know of the falsity of Plugged Operator Defendants' representations.  Had Plugged Operator Defendants informed Amazon that each refund request was fraudulent, Amazon would not have approved such requests.

97.     As a material and direct result of Plugged Operator Defendants' representations, Amazon approved fraudulent refund requests, causing Amazon to suffer damages.

## FOURTH CAUSE OF ACTION

### Conversion

### (Against All Defendants)

98.     Amazon incorporates by reference the factual allegations contained in Sections I–IV as though set forth herein.

99.     At all times applicable to this dispute, Amazon had a right to possess the refunds fraudulently obtained by Defendants, as reflected in the Plugged User Defendants' transaction histories and vouches, identified in Exhibit A.

100.    All Defendants willfully obtained fraudulent refunds as reflected in the Plugged User Defendants' transaction histories and vouches, identified in Exhibit A.  This amount includes the refunds the Plugged Operator Defendants obtained from the Plugged User

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 37

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Defendants in exchange for their fraudulent services.  Amazon did not consent to issuing refunds under these fraudulent circumstances.  As a result, all Defendants continue to wrongfully exercise control over the refund amounts issued by Amazon.

101.    Without Amazon's authority, all Defendants have substantially interfered with Amazon's possession of product refunds by knowingly or intentionally preventing Amazon from possession of the refund amounts.

102.    As a result of Defendants' actions, Amazon has been harmed by the full value of the product refunds.  Amazon is entitled to the full value of the product refunds.

## FIFTH CAUSE OF ACTION

### Unjust Enrichment

### (Against All Defendants)

103.    Amazon incorporates by reference the factual allegations contained in Sections I–IV as though set forth herein.

104.    Plugged Operator Defendants unjustly received benefits in the form of payments from fraudulent refunds received by the Plugged User Defendants in exchange for their deceptive services.  Plugged Operator Defendants obtained these benefits at Amazon's expense and through their wrongful conduct, which included their interference with Amazon's business relationships and other unfair business practices.  Plugged Operator Defendants continue to unjustly retain these benefits at Amazon's expense.  It would be unjust for Plugged Operator Defendants to retain any value they obtained as a result of their wrongful conduct.

105.    The Plugged User Defendants unjustly received benefits in the form of fraudulent refunds.  The Plugged User Defendants obtained these benefits at Amazon's expense and through their wrongful conduct, which included their interference with Amazon's business relationships and other unfair business practices.  The Plugged User Defendants continue to unjustly retain these benefits at Amazon's expense.  It would be unjust for the Plugged User Defendants to retain any value they obtained as a result of their wrongful conduct.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 38

106.    Plugged Operator Defendants and Plugged User Defendants have been unjustly enriched by their scheme.

107.    Plugged Operator Defendants' and Plugged User Defendants' actions damaged Amazon, including but not limited to the time and money spent investigating and mitigating unlawful conduct.

108.    As a result, Amazon is entitled to an accounting and restitution from Plugged Operator Defendants and Plugged User Defendants consisting of the benefit conferred by the revenues derived from Defendants' wrongful conduct at Amazon's expense and all profits derived from that wrongful conduct.

109.    Amazon is entitled to the establishment of a constructive trust consisting of the benefit conferred upon Plugged Operator Defendants and Plugged User Defendants by the revenues derived from their wrongful conduct at Amazon's expense and all profits derived from that wrongful conduct.

110.    Amazon is further entitled to full restitution of all amounts by which Plugged Operator Defendants and Plugged User Defendants have been unjustly enriched at Amazon's expense.

## SIXTH CAUSE OF ACTION

### In the Alternative, Breach of Contract

### (Against All Defendants)

111.    Amazon incorporates by reference the factual allegations contained in Sections I–IV as though set forth herein.

112.    The Plugged User Defendants entered into Amazon's COU by way of creating their Amazon account or placing orders as described in Section IV.G and Exhibit A.  The Plugged User Defendants established a binding and enforceable contract with Amazon and have therefore accepted and at all relevant times were bound by Amazon's COU.

113.    The Plugged Operator Defendants, by accessing the Plugged User Defendants' Amazon accounts as part of their fraudulent scheme, also established a binding and enforceable

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 39

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

contract with Amazon and have therefore accepted and at all relevant times were bound by Amazon's COU.

114.    Amazon fully performed all of its obligations under the COU with the Plugged Operator Defendants and the Plugged User Defendants or was excused from doing so.

115.    The Plugged Operator Defendants materially breached the COU by, among other actions: (1) accessing the Plugged User Defendants' accounts; and (2) circumventing Amazon's policies and procedures concerning order refunds.

116.    The Plugged User Defendants materially breached the COU by, among other actions: (1) misusing Amazon Services; and (2) circumventing Amazon's policies and procedures concerning order refunds.

117.    By allowing the Plugged Operator Defendants to access their accounts, the Plugged User Defendants are also responsible for all activities that occurred under their account or password per the terms of the COU, as described in Section IV.

118.    The Plugged Operator Defendants and the Plugged User Defendants' breaches have caused significant harm to Amazon, and Amazon is entitled to damages in an amount to be determined.

## SEVENTH CAUSE OF ACTION

### Trademark Infringement (15 U.S.C. § 1114)

### (Against the Plugged Operator Defendants)

119.    Amazon incorporates by reference the factual allegations contained in Sections I–IV as though set forth herein.

120.    The Plugged Operator Defendants' activities infringe the Amazon Trademarks.

121.    Amazon advertises, markets, and distributes its products and services using the Amazon Trademarks and uses them to distinguish their products and services from the products and services of others in the same or related fields.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

122.     Because of Amazon's long, continuous, and exclusive use of the Amazon Trademarks, the Amazon Trademarks have come to mean—and are understood by customers, users, and the public to signify—products and services from Amazon.

123.     The Plugged Operator Defendants use the Amazon Trademarks in commerce in a manner that is intended or likely to cause, at least initially, confusion, mistake, or deception as to source, origin, or authenticity of the Plugged's Telegram channel, Plugged's Telegram posts, and Plugged's purported services.

124.     Further, the Plugged Operator Defendants' activities are likely to lead Amazon's customers to incorrectly believe, at least initially, that Plugged's Telegram channel, Plugged's Telegram posts, and Plugged's purported services originate with or are authorized by Amazon, thereby harming Amazon.

125.     At a minimum, the Plugged Operator Defendants acted with willful blindness to or in reckless disregard of their lack of authority to use the Amazon Trademarks and the confusion that the use of the Amazon Trademarks had on consumers as to the source, sponsorship, affiliation, or approval by Amazon of the services purportedly provided by Plugged Operator Defendants.

126.     The Plugged Operator Defendants are subject to liability, jointly and severally, for the wrongful conduct alleged herein, both directly and under various principles of secondary liability, including without limitation respondeat superior, vicarious liability, and/or contributory infringement.

127.     The Plugged Operator Defendants' wrongful conduct includes the use of the Amazon Trademarks, as well as false and misleading statements about or related to Amazon in connection with Plugged's commercial advertising or promotion.  Examples of the date, time, and manner of Plugged Operator Defendants' false and misleading statements about or related to Amazon are identified in Section IV.D, such as the use of Amazon's logos posted on Telegram above an advertisement stating that the Plugged Operator Defendants provide refunds.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

128.    The Plugged Operator Defendants have used the Amazon Trademarks to cause confusion, mistakes, or to deceive customers.  On information and belief, the Plugged Operator Defendants' conduct initially misleads and confuses Amazon customers as to the authenticity of the services advertised, marketed, or offered in connection with Amazon Trademarks, diverting them from Amazon's genuine return process.  For example, Amazon customers may initially believe the Plugged Operator Defendants offer legitimate Amazon refund services after reading the statement that the Plugged Operator Defendants provide refunds.

129.    The Plugged Operator Defendants' acts constitute willful false statements in connection with goods and/or services distributed in interstate commerce, in violation of 15 U.S.C. § 1125(a).

130.    As a result of the Plugged Operator Defendants' wrongful conduct, Amazon is entitled to recover its actual damages, the Plugged Operator Defendants' profits attributable to the infringement, and treble damages and attorneys' fees pursuant to 15 U.S.C. § 1117(a)–(b).  The amount of money due from the Plugged Operator Defendants to Amazon is unknown to Amazon and cannot be ascertained without a detailed accounting.  Alternatively, Amazon is entitled to statutory damages under 15 U.S.C. § 1117(c).

131.    Amazon is further entitled to injunctive relief, as set forth in the Prayer for Relief below.  Amazon has no adequate remedy at law for the Plugged Operator Defendants' wrongful conduct because, among other things: (a) the Amazon Trademarks are unique and valuable property; (b) the Plugged Operator Defendants' infringement constitutes harm to Amazon's reputation and goodwill such that Amazon could not be made whole by any monetary award; (c) if the Plugged Operator Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the services being offered by Plugged's Telegram channel and posts; and (d) the Plugged Operator Defendants' wrongful conduct and the resulting harm to Amazon is continuing.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 42

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## EIGHTH CAUSE OF ACTION

**False Designation of Origin, Sponsorship, Approval, or Association, and False Advertising**

**(15 U.S.C. § 1125(a))**

**(Against the Plugged Operator Defendants)**

132.    Amazon incorporates by reference the factual allegations contained in Sections I–IV as though set forth herein.

133.    Amazon advertises, markets, and distributes its products and services using the Amazon Trademarks, and it uses these trademarks to distinguish its products and services from the products and services of others in the same or related fields.

134.    Because of Amazon's long, continuous, and exclusive use of the Amazon Trademarks, they have come to mean and are understood by customers, end users, and the public to signify products and services from Amazon.

135.    Amazon has also designed distinctive and aesthetically pleasing displays, logos, icons, and graphic images (collectively, "Amazon designs") for its websites.

136.    The Plugged Operator Defendants' wrongful conduct includes the use of the Amazon Trademarks, Amazon's name, or imitation designs (specifically displays, logos, icons, and/or graphic designs virtually indistinguishable from the Amazon designs), and false statements regarding Amazon and its products or services in connection with the Plugged Operator Defendants' commercial advertising or promotion.  Examples of the date, time, and manner of Plugged Operator Defendants' false and misleading statements about or related to Amazon are identified in Section IV.D, such as the use of Amazon's logos posted on Telegram above an advertisement that the Plugged Operator Defendants provide refunds.

137.    The Plugged Operator Defendants have used the Amazon Trademarks, Amazon's name, and/or imitation designs in a manner that is intended or likely to cause confusion, to cause a mistake, or to deceive customers.  On information and belief, the Plugged Operator Defendants' wrongful conduct initially misleads and confuses Amazon customers as to the origin of, approval of, and authenticity of the goods and services advertised, marketed, offered, or

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

distributed in connection with Amazon's Trademarks, name, and imitation visual designs, and wrongfully trades upon Amazon's goodwill and business reputation.

138.    The Plugged Operator Defendants' acts constitute willful false statements in connection with goods and/or services distributed in interstate commerce, in violation of 15 U.S.C. § 1125(a).

139.    The Plugged Operator Defendants are subject to liability for the wrongful conduct alleged herein, both directly and under various principles of secondary liability, including without limitation respondeat superior, vicarious liability, and/or contributory infringement.

140.    Amazon is further entitled to injunctive relief, as set forth in the Prayer for Relief below.  The Plugged Operator Defendants' acts have caused irreparable injury to Amazon.  The injury to Amazon is and continues to be ongoing and irreparable.  An award of monetary damages cannot fully compensate Amazon for its injuries, and Amazon lacks an adequate remedy at law.

141.    As a result of the Plugged Operator Defendants' wrongful conduct, Amazon is entitled to recover its actual damages, the Plugged Operator Defendants' profits, and treble damages and attorneys' fees pursuant to 15 U.S.C. § 1117(a)–(b).  The amount of money due to Amazon is unknown and cannot be ascertained without a detailed accounting by the Plugged Operator Defendants.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Amazon respectfully prays for the following relief:

A.    That the Court enter judgment in favor of Amazon on all claims;

B.    That the Court issue an order permanently enjoining all Defendants, their officers, agents, representatives, employees, successors and assigns, and all others in active concert or participation with them from:

(i)    Making any statement of an affiliation or connection to Amazon in connection with any offer, survey, commercial email, marketing campaign, or website;

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

     (ii)    Opening, acquiring, or using any Amazon account to order any product or service, and from claiming any refund or concession from Amazon;

     (iii)    Using or interacting with any Telegram, Nulled, or other private channel media platforms, accounts, servers, or channels affiliated with the fraudulent refund scheme;

     (iv)    Creating any new Telegram, Nulled, or other private channel media platforms, accounts, servers, or channels affiliated with the fraudulent refund scheme; and

     (v)    Engaging in any and all of the activity alleged herein, any acts causing any of the injury complained of, and any acts assisting, aiding or abetting any other persons or business entities in engaging in or performing any of the activity complained of herein or from causing any of the injury complained of herein.

C.    That the Court issue an order permanently enjoining the Plugged Operator Defendants, their officers, agents, representatives, employees, successors and assigns, and all others in active concert or participation with them from:

     (i)  Using the Amazon Trademarks in connection with any offer, survey, commercial email, marketing campaign, or website;

     (ii) Using any other indication of Amazon's brand in connection with any offer, survey, commercial email, marketing campaign, or website; and

     (iii) Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (ii) above.

D.    That the Court enter an order requiring Defendants to provide Amazon a full and complete accounting of all gross and net amounts earned in connection with the scheme alleged in this Complaint;

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 45

E.      That Defendants' profits from the unlawful scheme alleged in this Complaint be disgorged pursuant to 15 U.S.C. § 1117(a);

F.      That the Court enter an order requiring Defendants to disgorge the full value of the product refunds pursuant to Washington law or otherwise allowed by law and declaring that Defendants hold in trust, as constructive trustees for the benefit of Amazon, their illegal profits gained from this fraudulent scheme.

G.      That the highest market value of the replacement products between the time of conversion and the date of Amazon's Complaint for Damages and Injunctive Relief be disgorged pursuant to Washington law or otherwise allowed by law.

H.      That Defendants, jointly and severally, be required to pay all general, special, actual, and statutory damages which Amazon has sustained or will sustain as a consequence of Defendants' unlawful acts, including for unjust enrichment, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117(a)–(b) or otherwise allowed by law;

I.      That Defendants be required to pay the costs of this action and Amazon's reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117 or otherwise allowed by law;

J.      That Defendants be required to pay restitution to Amazon in an amount equal to their unjust enrichment; and

K.      That the Court grant Amazon such other, further, and additional relief as the Court deems just and equitable.

///

///

///

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 2nd day of September, 2025.

Davis Wright Tremaine LLP
Attorneys for AMAZON.COM, INC.,
AMAZON.COM SERVICES LLC, AND
AMAZON TECHNOLOGIES, INC.

*s/ Bonnie MacNaughton*
Bonnie MacNaughton, WSBA # 36110
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com

*s/ Tim Cunningham*
Tim Cunningham, WSBA # 50244
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Tel: (503) 241-2300
Fax: (503) 778-5299
Email: timcunningham@dwt.com

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 47

# EXHIBIT A

**The Plugged User Defendants' Role in the Scheme**

1.    **Kartikey Sharma**: On November 07, 2024, Kartikey Sharma placed an order for two 2024 MacBook Pro laptops, causing the products to be shipped via Amazon Logistics.  On information or belief, on or around November 7, 2024, Kartikey Sharma engaged Plugged to receive a fraudulent refund of the products.  The products were shipped to Kartikey Sharma's address of record on November 8, 2024.  Kartikey Sharma paid Amazon $6,819.72 via electronic financial transaction for the products.  On November 12, 2024, Kartikey Sharma, or Plugged acting on behalf of Kartikey Sharma, contacted Amazon Customer Service stating they received an empty package.  Amazon asked Kartikey Sharma to file a police report.  On the same day, Kartikey Sharma, or Plugged acting on behalf of Kartikey Sharma, emailed a likely falsified police report to Amazon.  On November 16, 2024, Amazon was fraudulently induced to refund Kartikey Sharma $6,819.72 via electronic transfer.  On December 12, 2024, Plugged posted the vouch to Telegram as evidence of a successful refund.

2.    **Johnathan Becerra**: On May 28, 2024, Jonathan Becerra placed an order for Apple AirPods Max and an Apple Watch Ultra 2, causing the products to be shipped via Amazon Logistics.  The products were shipped to Jonathan Becerra's address of record on May 28, 2024.  Jonathan Becerra paid Amazon $1,427.57 via electronic financial transaction for the products.  On information or belief, on or around May 28, 2024, Jonathan Becera engaged Plugged to receive a fraudulent refund of the products.  On June 4, 2024, Jonathan Becerra, or Plugged acting on Jonathan Becerra's behalf, initiated a customer service chat, stating he received an empty package.  The customer service agent concluded the chat and requested he provide a police report.  On June 5, 2025, Jonathan Becerra, or Plugged acting on Jonathan Becerra's behalf, initiated another customer service chat, requesting a refund because Jonathan Becerra received an empty package.  Again, the customer service agent requested that Jonathan Becerra provide a police report.  On June 5, 2025, Jonathan Becerra, or Plugged acting on Jonathan Becerra's behalf, emailed a likely falsified police report to Amazon.  A customer service agent identified the document had been edited and refused the refund.  On the same day, Jonathan

Becerra, or Plugged acting on Jonathan Becerra's behalf, submitted the same police report to Amazon customer service again.  A customer service agent denied the refund, determining the police report was invalid.  On the same day, Jonathan Becerra, or Plugged acting on Jonathan Becerra's behalf, emailed the same police report to Amazon again for a customer service agent to review.  On June 6, 2024, Amazon was fraudulently induced to refund Jonathan Becerra $1,427.57 via electronic transfer.  On June 8, 2024, Plugged posted the vouch to the Telegram channel as evidence of the successful refund.

3.    **Blendi Caka**:  On April 10, 2025, Blendi Caka placed an order for a Corsair gaming mouse pad, LG computer monitor, Alienware gaming headset, and a Skytech gaming computer, causing the products to be delivered by Amazon Logistics.  The products were shipped to Blendi Caka's address of record in multiple shipments sent on April 11, 13, and 14, 2025.  Blendi Caka paid Amazon $2,792.66 via electronic financial transaction for the products. On information or belief, on or around April 10, 2025, Blendi Caka engaged Plugged to receive a fraudulent refund.  On April 16, 2025, Blendi Caka, or Plugged acting on Blendi Caka's behalf, initiated a phone call with a customer service agent.  On April 17, 2025, Blendi Caka, or Plugged operating on Blendi Caka's behalf, emailed a likely falsified police report to Amazon, and the customer service agent reviewed the report.  On the same day, the customer service agent was deceived by the report and determined it was valid.  On April 17, 2025, Amazon was fraudulently induced to refund $2,792.66 to Blendi Caka via electronic transfer.  On May 10, 2025, a vouch was posted to the Telegram channel as evidence of the successful return.

4.    **Donnie Roberson**:  On May 10, 2024, Donnie Roberson placed an order for Peter Thomas Roth Anti-Aging Cleansing Gel, Peter Thomas Roth Hyaluronic Cloud Cream, Apple iPhone 14 Pro, and Apple Watch SE, causing the products to be delivered by Amazon Logistics. The products were shipped to Donnie Roberson's address of record on May 12, 2024.  Donnie Roberson paid Amazon $1,144.00 via electronic financial transaction for the products.  On information or belief, on or around May 10, 2024, Donnie Roberson engaged Plugged to receive a fraudulent refund.  On May 29, 2024, Donnie Roberson, or Plugged acting on Donnie

Roberson's behalf, initiated a chat with a customer service agent, stating that the order contained an empty package.  June 5, 2024, Donnie Roberson, or Plugged operating on Donnie Roberson's behalf, emailed a likely falsified police report to Amazon, and the customer service agent reviewed the report.  On May 15 and June 5, 2024, Amazon was fraudulently induced to refund $1,044.49 to Donnie Roberson via electronic transfer.  On June 8, 2024, a vouch was posted to the Telegram channel as evidence of the successful return.

5.     **Haris Mehrzad**:  On May 24, 2024, Haris Mehrzad placed an order for a Fujifilm camera and a Fujifilm lens, causing the products to be delivered by Amazon Logistics.  The products were shipped to Haris Mehrzad's address of record on May 25, 2024.  Haris Mehrzad paid Amazon $1,846.57 via electronic financial transaction for the products.  On information or belief, on or around May 24, 2024, Haris Mehrzad engaged Plugged to receive a fraudulent refund.  On May 31, 2024, Haris Mehrzad, or Plugged acting on Haris Mehrzad's behalf, initiated a chat with a customer service agent, stating that the order contained missing items.  On May 31, and June 1, 2024, Amazon was fraudulently induced to refund $1,846.57 to Haris Mehrzad via electronic transfer.  On June 8, 2024, a vouch was posted to the Telegram channel as evidence of the successful return.

6.     **Bryan Ortiz**:  On February 27, 2025, Bryan Ortiz placed an order for an Apple 2022 MacBook Air and 2024 Apple MacBook Pro, causing the products to be delivered by Amazon Logistics.  The products were shipped to Bryan Ortiz's address of record on February 28, 2025.  Bryan Ortiz paid Amazon $3,235.99 via electronic financial transaction for the products.  On information or belief, on or around February 27, 2025, Bryan Ortiz engaged Plugged to receive a fraudulent refund.  On March 2, 2025, Bryan Ortiz, or Plugged acting on Bryan Ortiz's behalf, initiated a chat with a customer service agent, stating that the order contained an empty package.  On the same day, Amazon was fraudulently induced to refund $3,235.99.  On March 5, 2025, a vouch was posted to the Telegram channel as evidence of the successful return.