UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "Plugged," and the following individuals: Aleks Lahi, Kartikey Sharma, Donnie Roberson, Haris Mehrzad, Blendi Caka, Bryan Ortiz, Jonathan Becerra,<br><br>Defendants. | Case No. C25-1683RSM<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. This case was filed on September 2, 2025. Plaintiffs attempted to serve Defendants and filed two motions for default in December of 2025. *See* Dkts. #8–14. No action has been taken by Plaintiffs in this case since December 2025. Defendants have not made an appearance.

Plaintiffs do not appear to be prosecuting this case. Accordingly, the Court now issues an Order to Show Cause why this case should not be dismissed for failure to prosecute. In Response to this Order, Plaintiffs must write a short statement telling the Court why this case

should not be dismissed. Plaintiff shall file a Response to this Order to Show Cause containing the detail above no later than **October 29, 2026.** This Response is not to exceed five (5) pages. Failure to respond will result in dismissal of this case.

DATED this 30th day of September, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE